IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

v.                                                                  1:25-cv-00370-SCY-JMR

KASEY ROBIN ESTRADA,
LUKE ESTRADA, and S.E.,
*a minor*.

      Defendants.

## ORDER APPOINTING GUARDIAN AD LITEM

THIS MATTER comes before the Court *sua sponte*. Defendant S.E. is currently an unrepresented minor. Under Federal Rule of Civil Procedure 17(c)(2), "[t]he court must appoint a guardian ad litem . . . to protect a minor or incompetent person who is unrepresented in an action." *See also Mut. Life Ins. Co. of N.Y. v. Ginsburg*, 228 F.2d 881, 883–84 (3d Cir. 1956) (holding that a court may appoint a guardian to represent the interest of the minor claimants in an interpleader action). Here, S.E.'s mother is unable to serve as his guardian ad litem because she has an unwaivable conflict of interest. *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001) ("Where it is evident that a conflict of interest exists between the parent and minor, however, the district court has a duty to determine whether a guardian ad litem is needed.") (citation omitted). As such, the Court will appoint a third-party guardian ad litem to represent S.E.'s interests.

IT IS HEREBY ORDERED that attorney Kelly S. Sanchez shall be appointed as guardian ad litem for S.E. To the extent the guardian ad litem seeks reasonable fees, and subject

to further approval by the Court, those fees shall be paid from the corpus of the life insurance proceeds at issue in this case.

_____
JENNIFER M. ROZZONI
United States Magistrate Judge